# UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF OHIO
# (CANTON DIVISION)

| | | |
|---|---|---|
| IN RE: | X | |
| **ANGELE CHAMBERLAIN** | X | Case No. **10-62427-rk** |
| DEBTOR | X | Chapter 7 |

### MOTION TO REOPEN CHAPTER 7 PROCEEDING AND WAIVER OF MOTION TO REOPEN FILING FEE

Now Comes Debtor, Angele Chamberlain by and through their attorney and file this their Motion to Reopen her Chapter 7 proceeding which was dismissed by this Court for the failure to file her Financial Management Certificate.

1. Debtors respectfully submits that she failed to file their financial management certificate in a timely manner. This omission was not intentional. Debtor requests that her case be reopened and allow them to file her Certificate.

2. Debtor requests the Court's fee associated with this motion be waived as the Debtor has received a waiver of her fees in this proceeding.

Respectfully submitted,

By: /s/ Diana Khouri

6300 Rockside Road #204
Cleveland, OH 44131
866-964-7275

**Certificate of Service**

On this the 17th day of February, 2011 a copy of this notice was served on each of the persons listed on the attached service by electronic service.

/s/ Diana Khouri

Trustee
Anne Piero Silagy

U.S. Trustee