United States Bankruptcy Court
Northern District Of Ohio
**Notice of Filing Deficiency**

**To:** Diane Khouri  **Case Number:** 10−64247−rk

**Debtor(s):** Angele Marie Chamberlain  **Judge:** RUSS KENDIG

**Re:** Motions/Pleadings/Filings for Judge's Consideration
  Motion to Reopen Chapter 7 Case and Waiver of Fee

**The following deficiency must be corrected within 7 days from the date of this notice, or the matter may be referred to the Judge for further consideration.**

- ☐ Adversary filing incomplete. Need ☐ Cover Page/Worksheet ☐ Request for Summons ☐ See Comments.
- ☐ Affidavit is invalid. Need ☐ Notary Seal/Stamp ☐ Signature ☐ County/State ☐ See Comments.
- ☐ Attachments missing or incorrectly filed.
- ☑ Case ☐ Closed ☐ Dismissed ☑ Number incorrect ☐ Transferred ☑ Caption Incorrect.
- ☑ Certificate of service indicating name and address of parties served and date of service required.
- ☐ Exhibit A not attached.
- ☐ Form 21 required.
- ☐ Hearing information ☐ Not fully reflected in order ☐ No Hearing notice ☐ Incorrect Hearing time/date.
- ☐ Signature Declaration missing.
- ☐ /S/ Signature required for ☐ Attorney ☐ Debtor ☐ Creditor.
- ☐ Incorrect PDF Attached.
- ☐ No Means Testing Form
- ☑ Other. See Comments/Instructions.

**Comments/Instructions:**
Case number is incorrect. Case caption is incomplete. Judge's name needs to be added to case caption. Case was not dismissed as noted in Motion. Case was closed without discharge. Certificate of Service does not comply with Judge Kendig's Memorandum of 02/22/08.

Deputy Clerk: **Anita Pribula**
Date: **02/18/11**
Form ohnb141